992 So.2d 1001 (2008)
WHITEWING AND WHITEWING OIL COMPANY, L.L.C., W.K. Whitewing, Ken Miller, Tenkay Resources, Inc., Art Pasmas, Marathon Energy Corporation, Robert E. Crawford, Donald W. Boucher, Carlene Boucher, Darrel Shimshack, Sharon Shimshack, Potter Resources, Inc., William E. Lang, Richmar Interests, Inc., VLM Resources, Inc., Amandel Corporation, Exama Oil Company
v.
ENERGY DRILLING COMPANY.
No. 2008-C-0905.
Supreme Court of Louisiana.
October 3, 2008.
Not considered. Not timely filed. See La. Sup.Ct. Rule X, Section 5(a).